District of Oregon
Corresponds to AO 242    *ACTUALLY INNOCENT*
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 1/20)    *URGENT PLEASE EXPEDITE*

FILED 12 AUG '26 10:10 USDC-ORP

Page 2 of 10

*IRREVERSIBLE DAMAGE DUE TO DENIAL OF STANDARD MEDICAL CARE- CANCER/POST OP Rx CHEMO/RA. TREATMENT NEEDED DEPRIVED OF ONCOLOGY VISIT ETC.*

# UNITED STATES DISTRICT COURT
## District of Oregon

BRENT L. VANGSNESS
_____
Petitioner

v.

MULTINOMAH COUNTY SHERIFF, OR.
_____
Respondent
(name of warden or authorized person having custody of petitioner)

)
)
)
)
)
)
)
)
)
)
)
)

Case No. ~~20CR26951~~ *SORRY* 3:26-CV-01678-SB
(to be assigned by the Clerk of Court)

### PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1.  (a) Your full name: BRENT LOUIS VANGSNESS,

    (b) Other names you have used: N/A

2.  Place of confinement:

    (a) Name of institution: INVERNESS JAIL #792068

    (b) Address: 11540 N.E. INVERNESS DR. PORTLAND, OR. 97220

    (c) Your identification ("SID") number: 792068

3.  Are you currently being held on orders by:

    ☐ Federal authorities    ☐ State authorities    ☑ Other - explain: ① WRONG PLACE AT THE WRONG TIME. MULTINOMAH COUNTY - PORTLAND "FUGITIVE WARRANT" FROM 2020 ② MISTAKEN IDENTITY (ERRONEOUS)

4.  Indicate that you are currently:

    ☑ A pretrial detainee (waiting for trial on criminal charges)

    ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime

    If you are currently serving a sentence, provide:

    (a) Name and location of the court that sentenced you: _____

    (b) Docket number of criminal case: 20CR26951

    (c) Date of sentencing: _____    *DO'VIL SEVEN DAYS W/O ARRAIGNG SPEEDY TRIAL INVIOLATE*

    ☐ Being held on an immigration charge

    ☑ Other (explain): WAS ARRESTED ON THIS WARRANT 6-08-2026 TRANSFERED TO MULTINOMAH COUNTY 7-7-2026 VIA UMATILLA CO. 7-8 ARRIVING HERE 7-9-2026. TRYING BEST TO ENDURE...

BECAUSE NO JUDICIARY (OR MORALLY COMPETENT PROSECUTOR) WILL TAKE "NOTICE" OF VOLUMINOUS EXONERATION AND IMPEACHMENT EVIDENCE THAT NULLIFIES AND VOIDS THE ONE BASIS FOR THIS CASE, AN ALREADY TAINTED AND EXTREMELY UNRELIABLE "IDENTIFICATION" RESULT... IRREVERSIBLE DAMAGE TO AN INNOCENT MAN IS THE PRICE... BEING PAID.

District of Oregon
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 1/20)

## Decision or Action You Are Challenging

5.    Indicate what you are challenging in this petition:

☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☑ Pretrial detention

☐ Immigration detention

☑ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other (explain): I AM NOT BEING HEARD BY THE COURT(S) WHO CONTINUE TO DEFER OR DIVERT ATTENTION FROM THE TOPIC RAISED WHICH IS QUITE SIMPLY THERE WAS NO PROBABLE CAUSE TO DETAIN ME FOR THE TAINTED, UNRELIABLE, AND OTHERWISE ERRONEOUS LINE-UP, PARTICULARLY IN

6.    Provide more information about the decision or action you are challenging: LIGHT OF THE VOLUMINOUS EXCULPATORY EVIDENCE AND EXONERATING FACTORS.

(a) Name and location of the agency or court: MULTINOMAH COUNTY CIRCUIT COURT

(b) Docket number, case number, or opinion number: 20 CR 26951

(c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): I'VE BEEN IN FRONT OF MULTIPLE JUDGES SINCE THIS BEGAN AND EITHER HAVE NOT BEEN REPRESENTED BY A LAWYER AT ALL, OR THE APPOINTED LAWYER HAS NOT THE VITALITY, OR VIGOR TO STAND UP FOR ME IN COURT(S) WHO INCIDENTLY DO NOT HEAR MY VOICE OR RESPOND IN EARNST.

(d) Date of the decision or action: ONGOING...

## Your Earlier Challenges of the Decision or Action

7.    **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☑ Yes          ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: ① SPOKANE COUNTY JAIL GRIEVANCE FORM ② MULTINOMAH CIRCUIT COURT AND ③ JUSTICE COURT(S) VIA HANDWRITTEN HABEAS CORPUS

(2) Date of filing: ① JUNE OF 2026 ② JULY 17, AND ③ 24, 2026 RESPECTIVELY

(3) Docket number, case number, or opinion number:

(4) Result: NOT A SINGLE RESPONSE OR REPLY ON THE MERITS OR OTHER

(5) Date of result: N/A

(6) Issues raised: WHY AM I BEING HELD, I AM INNOCENT. THE "SHOW UP" DRIVE BY LINE UP WAS TAINTED, PROCEDURALLY ILLEGAL, AND WRONG! MULTIPLE EXCULPATORY FACTS EXIST IN POLICE REPORTS WHILE NOT A SINGLE WITNESS OR FACT EXISTS THAT CORROBORATES OR AFFIRMS THE FAULTY ONE CHOICE LINE-UP THAT WAS "SUGGESTIVE", PHYSICALLY UNRELIABLE AND DONE BY DIRECTING DEFENDANT TO INVOLUNTARILY AND UNKNOWINGLY STAND IN HAND CUFFS ALONGSIDE BEAVERTON POLICE S.U.V. STREET-SIDE

WITH MULTIPLE UNIFORMED OFFICIALS" STANDING GUARD ESCORTING HIM TO AND FROM THE 7th BACK
SEAT. THE PORTLAND VEHICLE THAT PULLED UP CANDY CORNER AT ABOUT 10 O'CLOCK ☉ POSITION
WITH TINTED WINDOWS HAD TO OVER-COME AT LEAST 60 FEET AND THE CLOUDY NIGHTIME DARKNESS

(b) If you answered "No," explain why you did not appeal: _____ TO CONTEND WITH MAKING THE I.D.

I DID NOT GET AN ANSWER. ITS TOO MUCH WORK TO WRITE A COMPREHENSIVE BRIEF BY HAND AND

8.  **Second appeal**   NO ACCESS TO COPY MACHINE TO KEEP SENDING OUT PETITIONS

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes              ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: _I'M APPEALING IT NOW, TO YOU_   (STAMPED JULY 27, 2026)

(2) Date of filing: _____

(3) Docket number, case number, or opinion number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

JUST RECIEVED PETITION BACK
FROM THE CIRCUIT COURT OF
MULTNOMAH County OR. 1200 SW FIRST AVE.
STATING FILING FEE AND H.C. FORM
ARE REQUIRED.
NEED JUSTICE ASAP.
D.V. 8/7/2026

I HAVE FILED MULTIPLE PETITIONS FOR WRIT OF HABEAS CORPUS DESCRIBING THE LATEST
OF A SERIES OF FALSE IMPRISONMENT ARRESTS. THEY EACH ARE DONE UNLAWFULLY BY FALSE
INFORMANTS WHO CIRCUMVENT PROCEDURE TO INTRODUCE ACCUSATIONS TO FIELD OFFICIALS WITH
THE DEMAND THAT THEY SEARCH OR ARREST ME. THEY DO THIS VIA GOVERNMENT EQUIPMENT
WHICH HIDES THEIR PERSONAL IDENTITY WHILE PROTECTING "COLOR OF LAW" WHICH INFLUENCES/COMPELS

(b) If you answered "No," explain why you did not file a second appeal: _LOCAL AUTHORITIES_

9.  **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes              ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: _____

(2) Date of filing: _____

(3) Docket number, case number, or opinion number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

*P.S.*
*★ NOTE ★*

INSTEAD OF ~~THE~~ EXPANDING (& MULTIPLE RUNS OUT) THE PAPER SO DEFENDANT HAVE TRIED
MY BEST TO SQUEEZE EVERYTHING POSSIBLE IN ON THE FORM HOWEVER CRYPTIC OR ENIGMATIC IT MAY
APPEAR AT TIMES. PLEASE EXCUSE ME... I JUST HAVE TO GET SOMETHING THROUGH TO SOMEBODY
WITH MORAL COMPAS TO STOP THIS STEAM ROLLER THAT NEVER SHOULD
HAVE BEGUN. I'M NOT AN ANGEL, BUT THIS TIME AT LEAST I CAN <u>HONESTLY SAY UNDER OATH</u> THAT I AM
<u>ACTUALLY INNOCENT</u> ON ALL COUNTS (WITHOUT HAVING TO RESORT TO MITIGATING CIRCUMSTANCES OR ENTRAPMENT/INDUCEMENT)

District of Oregon
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 1/20)

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes                 ☐ No

If "Yes," answer the following:

(a)     Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes          ☐ No

If "Yes," provide:

(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b)     Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A),
seeking permission to file a second or successive Section 2255 motion to challenge this conviction or
sentence?

☐ Yes          ☐ No

If "Yes," provide:

(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

*P.S.²*
*★ NOTE ★*

ALSO, <u>NO LAW BOOKS, COPY MACHINE ACCESS NOR LIBRARIAN HERE AND "FAST CASE" APP HAS BEEN DOWN
INOPERABLE SINCE DEFENDANT HAS BEEN IN MULTNOMAH CUSTODY (7/8/2024 THRU PRESENT)</u>
DEFENDANT DOES NOT HAVE ACCESS TO A COPY MACHINE OR HE WOULD SEND COPIES OF DOCUMENTATION
SUPPORTING EACH CLAIM MADE HEREIN (EXCEPT FOR #11, #12, #13 ON PAGE 9) BECAUSE THE REGIONAL COURTS
HAVE NOT RESPONDED TO ANY OF HIS ⟍ THAT ARE BEING UNLAWFULLY ╱ PETITIONS OR REQUESTS FOR
PROBABLE CAUSE HEARING OR FALSE ⟍ SUPPRESSED DESPITE PROOF ╱ DRIVE BY LINE UP SUPPRESSION
HEARINGS HE DOES <u>NOT</u> WISH TO <u>RISK</u> LOSING HIS ONLY COPY OF EXHIBITS.

_____
_____
_____
_____

(c)   Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____
_____
_____
_____
_____
_____
_____
_____

11.   **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes          ☑ No

If "Yes," provide:

(a)   Date you were taken into immigration custody: _____

(b)   Date of the removal or reinstatement order: _____

(c)   Did you file an appeal with the Board of Immigration Appeals?

☐ Yes          ☐ No

If "Yes," provide:

(1) Date of filing: _____

(2) Case number: _____

(3) Result: _____

(4) Date of result: _____

(5) Issues raised: _____
_____
_____
_____
_____
_____

(d)   Did you appeal the decision to the United States Court of Appeals?

☐ Yes          ☐ No

If "Yes," provide:

(1) Name of court: _____

(2) Date of filing: _____

(3) Case number: _____

District of Oregon
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 1/20)

Page 7 of 10

*ALSO GROUND FOUR:*

(4) Result: _DEFENDANT SUFFERS FROM THROAT/LUNG CANCER AND IS NOT GETTING_

(5) Date of result: _HIS POST TUMOR/LYMPH NODE EXTRACTION SURGERY RELAPSE PREVENTIVE_

(6) Issues raised: _CHEMOTHERAPY AND RADIATION TREATMENT ALREADY RECOMMENDED BY SACRED HEART SURGERY ONCOLOGY AND HUNTINGTON HOSPITAL. A (PHONE) CONSULT WITH ENT AND FACILITY PROVIDER/NURSE HAVE EXAMINED NEW TUMOR/NODULES. YET NORMAL CARE HAS YET TO COME._

*NOTE:* _NO CORROBORATING EVIDENCE OUTSIDE THE ERRONEOUS I.D. EXIST IN POLICE REPORTS OR ANY SUPPLEMENTAL DOCUMENTS_

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes         ☐ No

_SAME THIRD PARTY METHODS AND PERPETRATORS, BUT DIFFERENT EVENTS - INCIDENTS WERE PETITIONED._

If "Yes," provide:

(a) Kind of petition, motion, or application: _I, BRENT VANGNESS HAVE FILED HABEAS CORPUS_

(b) Name of the authority, agency, or court: _PETITIONS CONCERNED WITH OTHER FALSE ARRESTS_
① _EASTERN DISTRICT OF WASHINGTON AND ② CENTRAL DISTRICT OF CALIFORNIA_     _TITLES / DEEDS_

(c) Date of filing: _2014 THROUGH 2024_     _MISSING,_     _LEGAL DOCUMENTS_

(d) Docket number, case number, or opinion number: _MULTIPLE/ BEEN ROBBED OF VITAL RECS FILES_

(e) Result: _DENIED WITHOUT PREJUDICE_

(f) Date of result: _2014 - 2024_

(g) Issues raised: _FALSE ARREST AFTER LOCAL FIELD OFFICIALS ARE "PERSUADED" TO SEARCH OR ARREST BASED ON CIRCUMVENTED INFORMANT INFO. THAT IS PROVIDED TO SUIT PERSONAL DESIRE TO SABOTAGE THIS DEFENDANTS LIFE AND ELIMINATE HIM FROM HAVING VOICE/CONTEST OVER 170 ACRES OF PRIME NORTHWEST LAND LOCATED IN SPOKANE COUNTY WASHINGTON (21-26-41) ENW THAT HAS BEEN IN HIS FAMILY FOR GENERATIONS, BUT GIVEN TO DEFENDANT YEARS AGO VIA TAX SKIPPING (LEGAL) MANUVER. A FALSE N.E.O. BY AN EX-FBI AGENT FOLLOWED BY FORGED DOCUMENTS SAYING HIS FATHER SOLD THE LAND (AS A TRUSTEE) DURING HIS FINAL MONTHS BEFORE DYING OF CANCER- ESTATE LAWYER STATES HE HAD NO BANK ACCOUNT - GO FIGURE (HE ALWAYS HAS BANK ACCOUNT AND DID NOT SELL DEFENDANTS LAND). IRONICALLY DEFENDANT IS DYING OF CANCER WITH FALSE CHARGES HOLDING HIM IN JAIL MISSING VITAL TREATMENT AND PRECIOUS MOMENTS WITH THE FEW REMAINING RELATIVES._

**Grounds for Your Challenge in This Petition**

13. State every ground that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

①

**GROUND ONE:** _THERE WAS NO PROBABLE CAUSE TO DETAIN DEFENDANT WHO UNWITTINGLY PARTICIPATED IN A "SHOW-UP" ONE CHOICE LINE UP. HE WAS SITTING IN HIS OWN CAR WITH HIS OWN AT&T (ANDROID) PHONE IN A CHURCH PARKING LOT ON DAKOTA ST. (BEAVERTON/TIGARD) AND WAS NOWHERE IN PORTLAND DURING THE INCIDENT. THIS WAS CONFIRMED A BLOCK OR SO DOWN DAKOTA ST. WHEN AN OFFICER REPORTED TO THE INTERROGATOR, "YEAH, HIS STORY CHECKS OUT. HE PULLED IN AND STAYED IN HIS VEHICLE WITHOUT LEAVING OR EXITING HIS CAR FOR OVER TWO HOURS" ACCORDING TO THE L.D.S. CHURCH PARKING SECURITY CAM VIDEO_

District of Oregon
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 1/20)

Page 8 of 10

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

*No PROBABLE CAUSE: DEFENDANT WAS DETAINED FOR APPROX 45 MINUTES UP LINE UP FOR UNWITTINGLY*

NOT ONLY DID THE VIDEO SHOW EXONERATING PROOF BUT THE KEY CHAIN F.O.B. ON HIS KEY RING, CONFIRM THIS BUT ALSO HIS AT&T PHONE G.P.S. LOG WAS PROOF BOUGHT BY INVESTIGATOR. EVEN THOUGH THESE ITEMS WERE KNOWN. THE POLICE REPORTS, DESPITE A LOT OF DOUBLE TALK WERE CLEAR ABOUT A COUPLE OF THINGS... THE K-9 UNIT DID NOT GET A POSITIVE TRACK FROM DEFENDANT WHEN HE STOPPED ON THE DRIVEWAY PULLING OUT TO DAKOTA ST. THOUGH JUST TWO OR THREE FEET AWAY NOR FROM THE PARKING SPOT HE JUST HAD LEFT. THE K-9 HAD ANOTHER CHANCE WHEN ASKED TO STEP OUT OF HIS CAR AND SIT ON THE CURB A BLOCK DOWN DAKOTA ST.

(b) Did you present Ground One in all appeals that were available to you?
☑ Yes    ☐ No

*TRACING SCENT FROM THE INSIDE OF THE STOLEN BLUE CHEVY COBALT. PLUS WHEN THEY DISCOVERED THE VEHICLE THERE WERE TWO PERSONS (HOODIE AND WHITE T-SHIRT) REMOVING TIRES(RIMS) THAT WERE NOT PERSUENT MATCH WITH THE TIRE/RIM AND CAR INTERIOR.*

② **EFFECTIVE LEGAL REP.**

**GROUND TWO:** DENIED

THE DEFENDANT-SUSPECT WAS NOT REPRESENTED *(DRIVER)* *ATTEMPTED TO* *IF SAME THERE'S YOUR GUYS.* BY LEGAL COUNSEL WHILE THE PORTLAND PD OFFICER AND (NON WITNESS) CAR OWNER *(BACK SEAT)* WERE INSIDE WITH THE VICTIM DURING THE DRIVE TO BEAVERTON TIGARD AND DURING I.D. DELIBERATION = 3 NO NUETRAL OBSERVER.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

THE LAW STATES THAT THE I.D. PROCESS IS A CRITICAL PERIOD (EVEN PHOTO I.D.) DESERVING OF COUNSEL/REPRESENTATION. THE DRIVER OF THE PORTLAND P.D. VEHICLE WHO SUBSEQUENTLY ARRESTED DEFENDANT AFTER TWO SILHOUETTES EXITED HUNCHED OVER FROM THE BACK SEAT FAR SIDE WAS AGAIN PRESENT WITH THE VICTIM IN AN UNFAIR ELECTRONIC CIRCUIT T.V. APPEARANCE IN FRONT OF THE GRAND JURY, INDICTMENT (#12724429) 5-22-2020 DEFENDANT WAS NOT REPRESENTED BY COUNSEL DURING HIS FIRST TWO HEARINGS IN MULTNOMAH COUNTY CIRCUIT COURT ON 7/9/26 AND 7/16/26 SO THE TIME BETWEEN 7-8-26 WHEN HE WAS ACTUALLY HELD ON WARRANT AND 7-16-26 HE SAW OR HEARD FROM NO LAWYER A BELATED PIECE OF PAPER WITH A NAME AND NOT ACTUALLY

(b) Did you present Ground Two in all appeals that were available to you?
☑ Yes    ☐ No

*TALKING TO SOMEBODY UNTIL 7-20-26 at 21 VIOLATES THE (7) DAY TIME STATUTE*

③ **UNRELIABLE IDENTIFICATION** *DIDN'T EVEN CALL DEFENDANT BACK TO COURT THE AFTERNOON OF 7/16/26*

**GROUND THREE:** PHYSICAL BARRIERS ON THE ONE SO CALLED PIECE OF EVIDENCE LINKING DEFENDANT TO THE ALLEGED OFFENSE. ITS NOT ONLY "SUGGESTIVE"/TAINTED AND DONE IN AN UNFAIR MANNER WITHOUT LOGICAL REASON, BUT G.P.S. AND VIDEO EVIDENCE IS BEING OVERLOOKED INTENTIONALLY BECAUSE BAD FAITH RUNS RAMPANT THATS CLEAR. WHAT WAS NOT ACTUALLY CLEAR LIKE THE VICTIM WOULD HAVE US ALL BELIEVE

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: THAT NIGHT (5-14-2020) WAS THE VIEW OF THE SUSPECT DEFENDANT WHO SURELY LOOKED GUILTY UNDER THE SUGGESTIVE CONDITIONS, BUT OBSTRUCTIVE CONDITIONS *5/14* *PROHIBITED THE* REQUIRED FACIAL/DETAIL CHARACTERISTICS FROM BEING ACCURATELY DETERMINED. FROM HIS BOOKING PHOTO *DEFENDANTS*

1. DEFENDANT DOES NOT MATCH OR COME CLOSE TO INITIAL DESCRIPTION (IMPRESSED WITH GLASSES ON)
2. OVER 60 FEET AWAY
3. PEERING THROUGH TINTED GLASS WINDOWS OF PPD VEHICLE
4. AFTER 10 PM ON AN INCLIMATE CLOUDY NIGHT
5. SEEING EYE GLASSES WERE BROKEN DURING THE INCIDENT-ALTERCATION

(b) Did you present Ground Three in all appeals that were available to you?
☑ Yes    ☐ No

*ALSO POLICE PHOTO*

*DURING A PHONE INTERVIEW WITH MULTNOMAH COUNTY DISTRICT ATTORNEY FROM TYPED RECAP.*

HE RATED THE SURENESS OF THE I.D. AS A 4/10 AND ADMITTED THAT HIS GLASSES WERE BROKEN IN THE "ROBBERY" AND HE WAS NOT ABLE TO SEE VERY WELL AT THE TIME OF THE IDENTIFICATION. HE DID NOT HAVE CONTACTS OR A BACK UP PAIR OF GLASSES.

District of Oregon
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 1/20)

Page 9 of 10

*[Top margin handwritten:]* WHY IS DEFENDANT STILL LOSING? ... INNOCENCE OF A CRIME... VINDICTIVE CASE = ① BASIS FLAWED IN SO MANY WAYS... ① | SCALE OF INJUSTICE | DEFENDANTS EXCULPATORY IMPEACHMENT EVIDENCE ~ ⑭

*[Left margin handwritten, vertical:]* THE OVERWHELMING MAJORITY OF FACTS AND IMPEACHMENT MATERIAL GOES TO SHOW CRUELTY AND BAD FAITH CONTINUING PROSECUTION FROM THE MOMENT IT BEGAN. IT MUST CEASE.

**GROUND FOUR:** ① THE ONE CHOICE "SHOW UP" DRIVE BY IDENTIFICATION THAT WAS SUGGESTIVE AND PHYSICALLY UNRELIABLE CONDITIONS

*[margin:]* • PROCEDURALLY UNFAIR AND/OR ILLEGAL → No REPRESENTATION

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

A. FAR AWAY
B. NIGHT TIME
C. TINTED WINDOWS
*D. NO GLASSES OR CONTACT LENSES *
4/10 CONFIDENCE RATING TO D.A.

ACTUALLY ① TO ⑭

① No MARKS ON HANDS OR BODY INDICATING ALTERCATION
② No DNA, FINGER PRINTS OR BELONGINGS OF BV SCENE
③ No PHYSICAL OR PHOTOGRAPHIC EVIDENCE
④ VICTIMS PHONE G.P.S. DOES NOT LEAD TO BV (DAKOTA'S) (IPHONE) (LDS CHURCH)
⑤ BV BOOKING PHOTO, No MATCH TO INITIAL VICTIM'S DESCRIPTION POLICE DESCRIPTION  *NOTE*
⑥ K-9 UNIT DID NOT GET A POSITIVE "TRACK" SCENT BV
⑦ BV WAS DETAINED FOR ERRONEOUS LINE UP WHILE IN POSESSION OF HIS OWN CAR, OWN PHONE, OWN KEYS
⑧ No STOLEN ITEMS IN BV POSESSION OR IN HIS CAR OR NEAR HIM.
⑨ UPON DISCOVERING STOLEN CHEVY COBALT TWO PERSONS WERE SEEN REMOVING TIRE(S) RIM(S) BUT No PERSUIT OR REASON WHY THEY CONTINUED TO DETAIN DEFENDANT BV.

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes                    ☐ No

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: _____

_____

_____

_____

⑩ DEFENDANT BV SUFFERS FROM MALIGNANT THROAT AND LUNG CANCER WHILE STILL BEING HELD FOR TRIAL WITH 300,000 BAIL
U.S. CONSTITUTION 8TH AMENDMENT VIOLATION FOR EXCESSIVE BAIL AND CRUEL AND UNUSUAL PUNISHMENT

**Request for Relief**

15.    State what you want the Court to do: _____

PROSECUTION AND OR POLICE SUPPRESSED EVIDENCE

WHEREFORE, PETITIONER DEFENDANT PRAYS THAT THE COURT RULE THAT THERE WAS No PROBABLE CAUSE TO DETAIN DEFENDANT IN CASE # 20CR26951 @ THE ONLY BASIS FOR THE ALLEGATIONS (THE ERRONEOUS LINE UP) BE RULED INADMISSIBLE / SUPPRESSED OR FOR ANY OTHER REASON, INCLUDING CONDITIONS OF CONFINEMENT THAT ARE INHUMANE AND MEDICALLY INCOMPETENT THE CHARGES MUST BE DISMISSED AND DEFENDANT RELEASED FROM CUSTODY IMMEDIATELY. OTHER REPARATIONS THAT ARE REASONABLY APPROPRIATE AND JUST SHOULD BE GRANTED AS WELL

14TH AMENDMENT Brady Rule Violation ⑪ BV CAR KEYS F.O.B. (G.P.S.) A CONFIRMED ALIBI
⑫ BV AT 9T PHONE G.P.S. LOG... AWAITING RESULT
⑬ L.D.S. CHURCH PARKING LOT SECURITY VIDEO CONFIRMED BY OFFICIAL THAT BV HAD BEEN THERE FOR OVER TWO HOURS WITHOUT EXITING HIS 2006 BUICK LUCERN

Note    VICTIMS INITIAL DESCRIPTION | NO MATCH | DEFENDANT'S BOOKING PHOTO AND POLICE DESCRIPTION

HISPANIC MALE | WHITE MALE
IN HIS 30's | AGE 54
5'-7" | BROWN HAIR
GREY HAIR | HAZEL EYES
SCAR ON FOREHEAD | 5'9" - 145 LBS
| No SCAR

* IMPRESSION MADE DURING INITIAL CONFRONTATION OR BEFORE GLASSES BROKE *

District of Oregon
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 1/20)                                                                                        Page 10 of 10

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:*    *August 7, 2026*

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: *August 6, 2026*                    *Brut Vangoner   IN Pro Se*
                                                      Signature of Petitioner


_____
Signature of Attorney or other authorized person, if any


\* As noted in the instructions to this form (at #6), if you are incarcerated at Snake River Correctional Institution (SRCI) or Two Rivers Correctional Institution (TRCI), you must comply with the requirements of the E-Filing Program posted at the institution and set forth in Standing Order 2019-7 (for SRCI) or 2019-12 (for TRCI). Accordingly, you must submit your filings in this case to prison staff for scanning and electronic submission, instead of mailing the filing using the U.S. Postal Service. Please indicate the date you submitted this petition to prison staff for scanning and electronic submission.

Case 3:26-cv-01678-SB    Document 1    Filed 08/12/26    Page 10 of 10

BRENT L. VANGSNESS #792068
INVERNESS JAIL (12-42)
11540 N.E. INVERNESS DR.
PORTLAND, OR. 97220

$1.07

FIRST-CLASS

US POSTAGE (IMI) PITNEY BOWES

ZIP 97230
02 7H
0006121596

$ 001.07⁰

AUG 10 2026

U.S. DISTRICT COURT, DISTRICT OF OREGON
1000 S.W. THIRD AVE. SUITE 740
PORTLAND, OR. 97204

ATTN: DOCKET CLERK

9720432937  C002